IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| MEGAN L. LEONARD, | ) NO.: 19-16133 |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: JACQUELINE P. COX |
| | ) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON September 9, 2019, at 9:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox, U.S. Bankruptcy Judge, 219 South Dearborn Street, Room 680, Chicago, Illinois 60604, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on August 28, 2019, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

/s/Toni Townsend
Toni Townsend
ARDC# 6289370

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## **NOTICE OF MOTION ADDRESSES**

To Trustee:  *by Electronic Notice through ECF*
Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

To Debtor:  *Served via U.S. Mail*
Megan L. Leonard
11154 S Troy St
Chicago, Il 60655

To Attorney:  *by Electronic Notice through ECF*
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| MEGAN L. LEONARD, | ) | NO.: 19-16133 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACQUELINE P. COX |
| | ) | |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Nationstar Mortgage LLC d/b/a Mr. Cooper by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 11154 S Troy St, Chicago, Illinois 60655 be Modified stating as follows:

1. On June 05, 2019, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 has not been confirmed.

3. Nationstar Mortgage LLC d/b/a Mr. Cooper services the first mortgage lien on the property located at 11154 S Troy St, Chicago, Illinois 60655.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to Nationstar Mortgage LLC d/b/a Mr. Cooper. Post-petition payments are $794.67.

5. The post-petition mortgage payments are due and owing for July 01, 2019. The default to Nationstar Mortgage LLC d/b/a Mr. Cooper is approximately $1,589.34 through August 2019. Another payment will come due on September 1, 2019 in the amount of $794.67.

6. Attorney's fees and costs for this motion are due in the amount of $1,031.00.

7. The plan is in material default.

8. Nationstar Mortgage LLC d/b/a Mr. Cooper continues to be injured each day it remains bound by the Automatic Stay.

9. Nationstar Mortgage LLC d/b/a Mr. Cooper is not adequately protected.

10. The property located at 11154 S Troy St, Chicago, Illinois 60655 is not necessary for the Debtor's reorganization.

11. The Debtor has no equity in the property for the benefit of unsecured creditors.

12. Nationstar Mortgage LLC d/b/a Mr. Cooper directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay.

13. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 11154 S Troy St, Chicago, Illinois 60655, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Nationstar Mortgage LLC d/b/a Mr. Cooper to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By: */s/Toni Townsend*
Toni Townsend
Illinois Bar No. 6289370
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com