**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor           Megan L. Leonard,                Case No          19-16133          Chapter     13
Moving Creditor  Nationstar Mortgage LLC d/b/a Mr.  Date Case Filed   June 05, 2019
                 Cooper

Nature of Relief Sought: ☒ Lift Stay    Annul Stay    ☐ Other (describe): __

Chapter 13     Date of Confirmation Hearing     August 26, 2019     Date Plan Confirmed
1.     Collateral
       a.     ☒ Home
       b.     ☐ Car     _____
       c.     ☐ Other (describe)_____

2.     Balance Owed as of August 19, 2019 $207,223.47
       Total of all other Liens against Collateral $1,752.00 (per debtor's schedule)

3.     In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the
       amounts and dates of all payments received from the Debtor post-petition.

4.     Estimated Value of Collateral (must be supplied in *all* cases) $170,000.00 (per Debtor's Schedules)

5.     Default
       a.     ☐ Pre-Petition Default
              Number of months _____     Amount $_____

       b.     ☒ Post-Petition Default
              i.     ☒ On direct payments to the moving creditor
                     Number of months 2     Amount $2,620.34 (including attorney's fees and costs)
              ii.    ☐ On payments to the Standing Chapter 13 Trustee
                     Number of months _____     Amount $_____

6.     Other Allegations
       a.     ☒ Lack of Adequate Protection § 362(d)(1)
              i.     ☐ No insurance
              ii.    ☐ Taxes unpaid  Amount $ _____
              iii.   ☐ Rapidly depreciating asset
              iv.    ☒ Other (describe) Material payment default

       b.     ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

       c.     ☐ Other "Cause" § 362(d)(1)
              i.     ☐ Bad Faith (describe) __
              ii.    ☐ Multiple Filings
              iii.   ☐ Other (describe) _____

       d.     Debtor's Statement of Intention regarding the Collateral
       i.     ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: August 27, 2019          Submitted By:          */s/Toni  Townsend*
                                                      ARDC# 6289370

                                                      McCalla Raymer Leibert Pierce, LLC