## *Motion For Relief Information*

| | Version # | |
|---|---|---|
| | Last Revised Date: | 8/19/2019 |

### Loan Demographics

| | | | |
|---|---|---|---|
| Account Number | ████████ | Case Number | 1916133 |
| Property Address | 11154 S TROY ST CHICAGO IL 60655 | | |

### Bankruptcy Filing Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Filed By | Megan L. Leonard | Chapter Filed | | Chapter 13 | Gov't Loan | No |
| | | Chapter Converted to | | N/A | POC Filing Date | 7/31/2019 |
| | | Bankruptcy Filing Date | | 6/5/2019 | 1st Post Due Date | 7/1/2019 |
| | | Bankruptcy Conversion Date | | NA | | |

Repeat Filer: **Yes**

| District | Northern District of Illinois (Eastern Division) |
|---|---|
| Beneficiary (Action in the Name of): | Nationstar Mortgage LLC d/b/a Mr. Cooper |

### First Borrower

| | | | Non-filing Co-Signer |
|---|---|---|---|
| Name | MEGAN LEONARD | SSN | ███████ |

### Second Borrower

| | | | Non-filing Co-Signer |
|---|---|---|---|
| Name | | SSN | |

### Payoff Figures as of: 8/19/2019 — Delinquent Contractual/Post Petition Payments

| | | | Date Due | | Amount Due (P&I and Escrow) | Principle & Interest | Escrow | Number of Months | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| Unpaid Balance | $ | 135,522.97 | | | | | | | |
| Interest Amount | $ | 5,780.42 | 7/1/2019 | 8/1/2019 | $ 794.67 | $ 422.09 | $ 372.58 | 2 | $ 1,589.34 |
| Interest Rate | 2.000% | | | | $ - | | | | $ - |
| Per Diem | 7.43 | | | | $ - | | | | $ - |
| Escrow Advance | $ | 12,494.68 | | | $ - | | | | $ - |
| Corporate Advance | $ | 53,641.61 | | | $ - | | | | $ - |
| NSF | $ | - | | | $ - | | | | $ - |
| Total Suspense* | $ | 216.21 | | | $ - | | | | $ - |
| *Include all Pre-Petition and Post-Petition Suspense | | | Suspense** | | $ - | | | | $ - |
| **TOTAL** | $ | 207,223.47 | **TOTAL** | | | | | | **$ 1,589.34** |

**If Chapter 13, will include Post Petition Suspense
**If Chapter 7, will include all suspense

### MFR Dates/Amount

| | | |
|---|---|---|
| Contractual Due Date as per LSAMS | | 8/1/2017 |
| Current Post Petition Due date as per Post Ledger | | 7/1/2019 |
| Contractual/Post Petition Payment Amount Due (P&I and Escrow) | $ | 794.67 |

### National Settlement Agreement*

| Is this loan under the National Settlement Agreement? | | | | | |
|---|---|---|---|---|---|
| *All loans acquired from Bank of America effective January 1,2013. | | | | | |

### Other Information

| | |
|---|---|
| Property Treatment | Retain |
| Property Status | Secured |
| Motion for Dismissal Filing Date | No |
| Pending Discharge | No |
| Trustee Pay All | No |
| Loss Mitigation Status | Not Active |
| Interest Amount at the Time of Filing | $0.00 |

### Right to Foreclose

*Please include right to foreclose language in the Motion for Relief

All Motions for Relief from Stay shall include a statement that sets forth the basis for asserting that the applicable party has the right to foreclose.

*LM Status and copies of any and all available denial letters are required in CA
*If referral for CA and NY, breakdown for Corp. Advances is required.  If referral for OH, FL and MD,  breakdown for Corp Advances and Escrow Advances are required
*If referral is for CA, CO and Northern District of Florida, then contractual payment history is needed for one year prior to the contractual due date.
*If referral is for MA, then we need to provide the date and interest rate changes from the date of inception.

| Payment Address | All payments and mail |
|---|---|
| Nationstar Mortgage, LLC | should be addressed as |
| PO Box 619094 | ATTN: Bankruptcy Dept |
| Dallas, TX 75261-9741 | |
| **Correspondence Address** | |
| Nationstar Mortgage, LLC | |
| PO Box 619096 | |
| Dallas, TX 75261-9741 | |

### Comments

LPR: 9/11/17

| Processed by | Riya Javiya |
|---|---|

### Escrow Advances

| Escrow Account | Date | (Debit) | Advance (Credit) | Escrow Account | | Date | Recovery (Debit) | Advance (Credit) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotals from Right Table | | | $0.00 | $0.00 |
| | | | | Subtotal Carried Forward from Left Table | | | $0.00 | $0.00 |
| Subtotals from Left Table | | $0.00 | $0.00 | Subtotals | | | $0.00 | $0.00 |
| Subtotals | | $0.00 | $0.00 | Pre-Petition Escrow Advance Balance | | | | $0.00 |

### Corporate Advances

| Description | Invoice Date | Amount | Description | Invoice Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | orward from Left Column | | $0.00 |
|---|---|---|---|---|---|
| | | Subtotal | $0.00 | Total Corporate Advances | $0.00 |

## Motion For Relief Information
### Pre-Petition Ledger

| | |
|---|---|
| **Filed By:** | Megan L. Leonard |
| | 0 |
| **Case Number:** | 1916133 |
| **Filing Date:** | 06/05/19 |

| POC Figures | | Comments |
|---|---|---|
| Payments | $9,708.07 | 23 payments (8/1/2017 to 6/1/2019) |
| Escrow | $13,035.29 | |
| PrePetition Fees | $5,944.17 | |
| NSF Fees | | |
| Advertisement Costs | | |
| ATTY FEES | | |
| FILING FEES | | |
| TITLE FEES | | |
| Property Insp. Fees | | |
| Recording Fees | | |
| Late Fees | | |
| Others | | |
| Suspense | $216.21 | |
| Total POC | $28,471.32 | |

Trustee Disbursements

| Payment Received | Principal Received | POC Balance | Applied To | Payment Applied | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAMS Trustee Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (Date) | | $  28,471.32 | (Date) | | | | | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |
| | | $  28,471.32 | | | | | $  - | $   216.21 | |

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | Megan L. Leonard | Payment Changes | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |
| Case Number: | 1916133 | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
| Filing Date: | 06/05/19 | | | $0.00 | | | |
| | | | | $0.00 | | | |
| Payments in POC | $9,708.07 | | | $0.00 | | | |
| 1st Post Due Date | 01/00/00 | | | $0.00 | | | |
| | | | | $0.00 | | | |
| | | | | $0.00 | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments |
|---|---|---|---|---|---|
| | | | | $    - | |
| | | | | $    - | |
| | | | | $    - | |
| | | | | $    - | |
| | | | | $    - | |
| | | | | $    - | |
| | | | | $    - | |
| | | | | $    - | |
| | | | | $    - | |
| | | | | $    - | |
| | | | | $    - | |

| Applied (P&I and | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | | Suspense Balance | |
|---|---|---|---|---|---|---|
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |
| | | | $ | - | $ | - |

| Loan | | Case# | | Filing State | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date EA and/or Arm was ran | Who filed the POC/ and or notice? | Effective Date | Interest Rate | Total | Principal | Interest | Escrow | Filed/Missed? | Missed P&I | Missed Escrow | Month | Total Missed amount | Internal Comments | ARM BKAJ COMMENT | ESCROW BKAJ COMMENT |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | 0 | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | Requested $224.04 credit due to increased Escrow of 12 payments at $18.64 (12/1/2017 to 11/1/2018) | PLEASE DEBIT $103.44 FROM BL AND CREDIT BR SUSPENSE | Please move $ 474.04 from BL and place in the Escrow Account |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | To be Filed | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | Credit for missed PCN | | | $0.00 | | | |