IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RE:   Megan L. Leonard                    )   CASE NO. 19-16133
                                          )   Judge Jacqueline P. Cox

### AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, the mortgagee on the property located at 11154 S Troy St, Chicago, Illinois 60655, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Nationstar Mortgage LLC d/b/a Mr. Cooper of $1,247.21 through September 2019, after crediting payments through September 09, 2019. The aforementioned default is calculated as follows:

| | |
|---|---|
| July 2019 through September 2019 = 3 @ $794.67 | $2,384.01 |
| Bankruptcy fees and costs | $1,031.00 |
| Less funds received | $2,167.80 |
| Total default amount remaining | $1,247.21 |

The Debtor shall tender the following payments on or before the following dates:

| | | | |
|---|---|---|---|
| On or before | October 1, 2019 | One post-petition mortgage payment + | $207.87 |
| On or before | November 1, 2019 | One post-petition mortgage payment + | $207.87 |
| On or before | December 1, 2019 | One post-petition mortgage payment + | $207.87 |
| On or before | January 1, 2020 | One post-petition mortgage payment + | $207.87 |
| On or before | February 1, 2020 | One post-petition mortgage payment + | $207.87 |
| On or before | March 1, 2020 | One post-petition mortgage payment + | $207.86 |

The current post petition mortgage payment is $794.67, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

2. The aforesaid payments shall be made payable to Nationstar Mortgage LLC d/b/a Mr. Cooper, in the form of money orders, certified checks, or cashier's checks and sent to: Atnn: Bankruptcy Dept., P.O Box 619094, Dallas, TX, 75261-9741.

3. In the event the Debtor defaults in making the payments under paragraph 1, then the Debtor has no right to cure and the Stay shall automatically Modify to Nationstar Mortgage LLC d/b/a Mr. Cooper without further Court Order.

4. If the Stay is Modified to Nationstar Mortgage LLC d/b/a Mr. Cooper, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney, and the Trustee and file said notice with the Court.

Dated: 9/30/19          Entered: /s/ Jacqueline P. Cox
                        Bankruptcy Judge Jacqueline P. Cox

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602