Form G5 (20200101_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MEGAN LEONARD<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 19-16133<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Modify is GRANTED.

It is hereby ORDERED that:

1) The Debtor's Chapter 13 Plan payment default is deferred.

2) The Debtor's Chapter 13 Plan payment is increased to $1,105.00.

3) Debtor's Chapter 13 Plan base is set at $60,055.00.

Enter: *(signed)* J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 4/6/20

**Prepared by:**
Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100