**Fill in this information to identify the case**

**Debtor 1** Megan L. Leonard

**Debtor 2** _____
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** NORTHERN **District of** IL
                                                                (State)

**Case number** 19-16133

## Official Form 410S2
### Notice of Postpetition Mortgage Fees, Expenses, and Charges                                    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   Nationstar Mortgage LLC d/b/a Mr. Cooper        **Court claim no.** (if known)**:**   **10**

**Last four digits** of any number you use to    **0422**
identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒    No

☐    Yes. Date of the last notice: _____

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount indicate that amount in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 7/31/19 | (5) | $     350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. | Other. Specify: POC Form 410 | 7/31/19 | (11) | $     250.00 |
| 12. | Other. Specify: _____ | | (12) | $ |
| 13. | Other. Specify: _____ | | (13) | $ |
| 14. | Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        Page **1**

19-021867_SJW

Debtor 1 ____Megan L. Leonard_____    Case number (if known) 19-16133_____
         First Name    Middle Name    Last Name

## Part 2:   Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

Check the appropriate box.

☐    I am the creditor.

☐    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Todd J. Ruchman _____    Date  12/13/19 _____
   Signature

Print:        Todd J. Ruchman                      Title  Attorneys for Creditor
Title         Attorneys for Creditor
Company       Manley Deas Kochalski LLC
Address       P.O. Box 165028
              Number       Street
              Columbus OH  43216-5028
              City           State       ZIP Code

Contact phone   614-220-5611                       Email   amps@manleydeas.com

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    Page **2**

19-021867_SJW

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603

David M Siegel, Attorney for Megan L. Leonard, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December 13, 2019:

Megan L. Leonard, 11154 S. Troy Street, Chicago, IL  60655

Megan L. Leonard, 11154 South Troy St, Chicago, IL 60655

/s/ Todd J. Ruchman

19-021867_SJW